IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANDREW D. VINSON     CHAPTER 13
            DEBTOR     CASE NO.: 1:18-bk-00596

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtor Andrew D. Vinson for the above referenced case.

                                    **By:** *Nicholas G. Platt*
                                    Nicholas G. Platt 327239
                                    MOONEY LAW
                                    230 York Street
                                    Hanover, PA 17331
                                    ngp@mooney4law.com
                                    (717) 632-4656 Phone
                                    (717) 632-3612 Fax

Dated: June 29, 2021